# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TIMELY INVENTIONS LLC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) <br> v. <br> WINPLUS NORTH AMERICA, INC., <br><br> DEFENDANT(S). | CV 18-606 DSF (KKx) <br><br> **ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM** |

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

March 23, 2018
Date

_United States District Judge / Magistrate Judge_

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge   Andre Birotte, Jr.   for all further proceedings. On all documents subsequently filed in this case, please substitute the initials   AB   after the case number, so that the case number will read   5:18-cv-00606 AB(KKx)  . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*